RECEIVED
IN ALEXANDRIA, LA.

JUN 1 1 2013

TONY R. MOORE, CLERK
BY_____
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOSE ROJAS (#487432)     DOCKET NO. 13-CV-11; SEC. P

VERSUS     JUDGE JAMES T. TRIMBLE, JR.

AVOYELLES CORRECTIONAL CENTER,     MAGISTRATE JUDGE KIRK
ET AL.

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice as frivolous, pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 11th day of June, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT